**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANAEL VASQUEZ-DIAZ,

Defendant - Appellant.

No. 10-50155

D.C. No. 3:08-cr-01011-JM-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
Jeffrey T. Miller, Senior District Judge, Presiding

Submitted April 20, 2011[**]

Before: RYMER, THOMAS and PAEZ, Circuit Judges.

Anael Vasquez-Diaz appeals the sentence imposed following his guilty plea

to attempted entry after deportation in violation of 8 U.S.C. § 1326. Vasquez-Diaz

contends that the district court erred in determining that his prior conviction for

_____

[*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

making criminal threats in violation of Calif. Penal Code § 422 was a crime of violence warranting a 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A).  As Vasquez-Diaz concedes, this contention is foreclosed by *United States v. Villavicencio-Burruel*, 608 F.3d 556 (9th Cir. 2010), which held that a § 422 violation is categorically a crime of violence.

   **AFFIRMED.**